CONTINENTAL AIRLINES, INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 2009–5013.

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Adam P. Feinberg, Miller & Chevalier, Chartered, Washington, DC, for Plaintiff–Appellee.

James W. Poirier, Department of Justice, Washington, DC, for Defendant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the United States' motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Any other pending motions are moot.

(3) Each side shall bear its own costs.